IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | Case No. 2:19-cr-219-ALB |
| JORY DMICHAEL TRAYVUNN DUMAS | ) | |
| | ) | |

## FINAL JURY VERDICT FORM

### COUNT I – EMPLOYEE THEFT FROM AN INDIAN GAMING ESTABLISHMENT EXCEEDING $1000

Guilty  _____

Not Guilty  __X__

### COUNT II – CONSPIRACY

Guilty  __■X__

Not Guilty  __■__

### COUNT III - EMPLOYEE THEFT FROM AN INDIAN GAMING ESTABLISHMENT EXCEEDING $1000

Guilty  __X__

Not Guilty  _____

1

SO SAY WE ALL.

_____
Foreperson

Dated: 11/14/19